| | AUSA: | Barbara Lanning | Telephone: | (313) 226-9100 |
| AO 91 (Rev. 11/11)  Criminal Complaint | Special Agent: | Justin K. Henry, ATF | Telephone: | (313) 202-3400 |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

| | |
|---|---|
| United States of America <br> v. <br><br> Terry Douglas Jr. | Case No. 26-30207 |

**CRIMINAL COMPLAINT**

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ April 16, 2026 _____ in the county of _____ Wayne _____ in the _____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Justin K. Henry, Special Agent, ATF
_____
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: _____ April 18, 2026 _____

_____
*Judge's signature*

City and state:  Detroit, MI

Hon. Elizabeth Stafford, United States Magistrate Judge
_____
*Printed name and title*

## AFFIDAVIT

I, Justin K. Henry, being duly sworn, depose and state the following:

## I.   INTRODUCTION

1.   I have been employed as a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), United States Department of Justice, since May 2014. I am currently assigned to ATF Group IV. Prior to being employed as a Special Agent, I was a police officer with the Wayne State University Police Department for more than six years. During that time, I held assignments with an ATF Task Force and the Wayne County Sheriff's Office Narcotics Enforcement Task Force. I am a graduate of the ATF Special Agent Basic Training Program and of the Oakland County Community College Police Academy. I have also earned a Master of Arts Degree in Criminal Justice from Wayne State University.

2.   I make this affidavit from personal knowledge based on my participation in this investigation, including interviews conducted by myself and/or other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described herein, review of reports by myself and/or other law enforcement agents, and information gained through my training and experience. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all the information known to law enforcement related to this investigation.

3.     ATF is currently conducting a criminal investigation concerning Terry DOUGLAS Jr. (B/M; DOB: XX/XX/1999, for violations of 18 U.S.C. § 922(g)(1) as a felon in possession of a firearm.

## II.     PROBABLE CAUSE

4.     I reviewed a computerized criminal history and Michigan Third Circuit Court records for DOUGLAS, which revealed the following felony arrests and convictions:

 a. On or about May 1, 2019, DOUGLAS was charged with carjacking, armed robbery and other felonies in Wayne County Third Circuit Court. On October 30, 2019, DOUGLAS pleaded guilty to a reduced count of felony unarmed robbery. DOUGLAS was originally sentenced to two years' incarceration at the Thumb Correctional Facility pursuant to the Holmes Youthful Trainee Act (HYTA). DOUGLAS violated the terms of HYTA inside the facility and his status was revoked on October 20, 2021.

 b. On or about January 29, 2022, DOUGLAS was charged with assault with intent to do great bodily harm less than murder. DOUGLAS appeared in Detroit's 36th District Court on March 3, 2022 and was given a cash bond. While on bond, DOUGLAS was arrested for homicide, and later for felon in possession of a firearm. In 2024,

DOUGLAS pleaded guilty to assault with intent to do great bodily harm less than murder. He was sentenced to 9 months and 15 days' incarceration.

c. On or about September 11, 2022, DOUGLAS was arrested for homicide. Detroit Police submitted a warrant to the Wayne County Prosecutor's Office, which was signed on September 15, 2022 and charged one count of felon in possession of a firearm and one count of felony firearm. That case was dismissed by the district court on November 2, 2022.

d. On or about April 18, 2023, DOUGLAS was arrested for illegally carrying a firearm. On June 7, 2023, DOUGLAS was federally indicted in the Eastern District of Michigan on one count of felon in possession of a firearm. DOUGLAS pleaded guilty and, on March 28, 2024, DOUGLAS was sentenced to a term of 30 months' incarceration, followed by supervised release. DOUGLAS is on supervised release for this offense.

5.     Based on my training and experience, defendants are warned of the maximum penalty when they enter a plea of guilty to a felony. Additionally, defendants are advised that they are pleading guilty to a felony. Based on the time DOUGLAS has spent incarcerated or under supervision as a result of his felony

convictions, the severity of his convictions, and the fact that he has been previously convicted of the offense felon in possession of a firearm, there is probable cause to believe that DOUGLAS is aware of his status as a convicted felon.

## II.     PROBABLE CAUSE

3.      On April 16, 2026, at approximately 8:22 p.m., Detroit Police officers on patrol in the area of West 7 Mile and the Southfield Freeway performed a traffic stop on a white Honda Accord to investigate the driver for not wearing a seatbelt.

4.      During the stop, the officers observed the front seat passenger, later identified as Terry DOUGLAS Jr., holding his arm across his right pocket. The officers recognized DOUGLAS's behavior to be an attempt to conceal something. The officers asked the driver and passengers to step out of the vehicle.

5.      Once DOUGLAS was outside the vehicle, an officer asked if DOUGLAS had anything that would stick or poke the officer. DOUGLAS disclosed that he had marijuana on him. The officer began to handcuff DOUGLAS, but DOUGLAS fled. DOUGLAS was apprehended almost immediately.

6.      The officers handcuffed DOUGLAS and walked him to the front of their scout car. While at the front of the scout car, one officer asked the other "is it on him?" and DOUGLAS responded "yeah, it's in my pocket." The officer then recovered a Charter Arms Police Bulldog .38 caliber revolver from DOUGLAS's right pocket.

4

7.     On April 17, 2025, I contacted ATF Interstate Nexus Expert, Special Agent Kara Klupacs, and provided information about the Charter Arms Police Bulldog .38 caliber revolver. SA Klupacs concluded that the firearm was manufactured outside the State of Michigan and is a firearm as defined in Title 18 U.S.C., Chapter 44, Section 921(a)(3).

### III.     CONCLUSION

8.     Probable cause exists to believe that Terry DOUGLAS Jr., a convicted felon aware of his felony convictions, did knowingly and intentionally possess a Charter Arms Police Bulldog .38 caliber revolver, said firearm having affected interstate commerce, in violation of 18 U.S.C. § 922(g)(1).  This violation occurred on or about April 16, 2026, in Detroit, Michigan, in the Eastern District of Michigan.

Justin Henry, Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to before me and signed in my presence
and/or by reliable electronic means

Honorable Elizabeth Stafford
United States Magistrate Judge

Dated:     April 18, 2026

5